No. 390.  MINNEAPOLIS GAS CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *P. L. Farnand* and *George C. Pardee* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander, Kathryn H. Baldwin, John C. Mason, Howard E. Wahrenbrock* and *Robert L. Russell* for the Federal Power Commission, respondent.  *Walter F. Mondale,* Attorney General of Minnesota, *Harold J. Soderberg,* Assistant Attorney General, *Justin R. Wolf, Charles A. Case, Jr., Louise C. Powell, Lawrence I. Shaw, F. Vinson Roach, John W. Scott* and *Bryce Rea, Jr.* for other respondents.

No. 391.  EASTERN STATES PETROLEUM CORP. *v.* ROGERS, ATTORNEY GENERAL, ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Gerard R. Moran* and *Edwin G. Martin* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondents.

No. 393.  CHENG FU SHENG ET AL. *v.* ROGERS, ATTORNEY GENERAL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Jack Wasserman* and *David Carliner* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for respondent.

No. 400.  HERRON *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON.  C. A. 9th Cir.  Certiorari denied.